MOORE *v.* WILLARD & Co. This was a motion to amend Brief. The motion was refused, as notice of the motion had been served only three days before. PER CURIAM, *January 17, 1889*. *Thomson & McKissick*, for motion. *Wm. Munro*, contra.